# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Nos. 1D2023-3232
1D2023-3234
1D2023-3235
1D2023-3236
1D2023-3237
1D2023-3240

_____

STEVEN YINGER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Tiffany Baker-Carper, Judge.


November 14, 2025

PER CURIAM.

AFFIRMED.

RAY, NORDBY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


For Appellant: Jessica J. Yeary, Public Defender; and Kathleen Pafford, Assistant Public Defender, Tallahassee.

For Appellee: James Uthmeier, Attorney General; and David Welch, Assistant Attorney General, Tallahassee.